UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS PEPE,
    Plaintiff,

vs.                                                      Case No.:  3:21-cv-1570/MCR/ZCB

STEVEN PEPE and
LINDA CATTANO,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 27, 2023. (Doc. 48).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 48) is adopted and incorporated by reference in this order.

2.    Plaintiff's complaint (Doc. 15) is **DISMISSED with prejudice** as an impermissible shotgun pleading and for failure to follow a court order.

3.    All pending motions are **DENIED as moot**.

3.   The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 5th day of July 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**